470 A.2d 1043

Commonwealth v. Thomas, Appellant.

Petition for Allowance of Appeal
Denied Aug. 1, 1984.

Submitted October 21, 1983. John S. DiGiorgio, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

The judgment of sentence for robbery is vacated. The judgments of sentence for murder in the second degree and criminal conspiracy are affirmed.